IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROLE LEE AROCHE a/k/a
CAROLE LAROCHE,

       Plaintiff,

vs.                              Civ. No. 97-1094 JP/WWD

BUCKHEAD LIFE RESTAURANT GROUP,
et al.,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court for a Rule 16 conference on March 19, 1998. At that time, it was determined that a period for discovery on the question of jurisdiction should proceed general discovery.

**WHEREFORE,**

**IT IS ORDERED** that discovery limited to the question of jurisdiction shall be completed on or before <u>May 18, 1998</u>.

**IT IS FURTHER ORDERED** that additional submissions to the Court on the question of jurisdiction shall be filed on or before <u>June 2, 1998</u>.

**FINALLY, IT IS ORDERED** that the following deadlines shall be applied in this cause if the cause is still pending as of July 17, 1998:

    Discovery ends: November 18, 1998

    Discovery motions filed by: December 8, 1998

Plaintiff identifies experts by: August 20, 1998

Defendants identify experts by: September 21, 1998

Pre-trial motion packet filed by: January 15, 1999;

Plaintiff submits pre-trial order to Defendants by: January 20, 1999;

Defendants submit pre-trial order to Court by: February 1, 1999.

_____
UNITED STATES MAGISTRATE JUDGE